| | |
|---|---|
| Suzanne M. Burke (Cal. Bar No.: 188597)<br>Brandon Q. Tran (Cal. Bar No.: 223435)<br>**BUCHALTER NEMER**<br>A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612-0514<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182<br>E-mail: btran@buchalter.com | **E-filed 2/24/06** |

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>RICHARD BRESLIN, et al.,<br><br>          Defendants. | Case No. CV-03-4173 JF<br><br>Hon. Jeremy Fogel<br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT KELSON TRAN;<br>[~~PROPOSED~~] ORDER THEREON** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant Kelson Tran ("Defendant"). This request is made on the grounds that Defendant and DIRECTV have entered into a settlement agreement wherein DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its/his own attorneys' fees and costs incurred in this action to date.

Although on August 3, 2004 this Court dismissed without prejudice DIRECTV's claims against Defendant following Judge Ware's Order Regarding Limited Assignment to Determine Issues Regarding Joinder of Defendants and Showing Needed to Establish a *Prima Facie* Case Under Statutory Claims, DIRECTV is obligated under the terms of the settlement agreement to take all reasonable steps to obtain a dismissal of this action with prejudice against

/ / /

1  Defendant, each party to bear its own costs and attorney fees.  DIRECTV files this Request in
2  fulfillment of that obligation.
3        Defendant answered the Complaint on or about January 26, 2004.  DIRECTV,
4  therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court
5  order.  Fed. R. Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an
6  order dismissing Defendant with prejudice.

7  DATED: February 21, 2006      Respectfully Submitted,
8        BUCHALTER NEMER
      A Professional Corporation
9
10
11        By:    /s/ Brandon Q. Tran
           Brandon Q. Tran
12        Attorneys for Plaintiff DIRECTV, Inc.
13

14  ### ORDER

15        Having read the foregoing Request for Voluntary Dismissal of Defendant
16  Kelson Tran filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed
17  appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as
18  follows:
19      1.    This action is hereby dismissed with prejudice as against Defendant Kelson Tran;
20  and
21      2.    Each party shall bear its/his own attorneys' fees and costs incurred in this action to
22  date.
23  DATED:   2/23/06
24        [signature]
25        Honorable Jeremy Fogel
      United States District Court
26        Northern District of California
27
28

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.